# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No.: 22-cr-10139-PBS |
| ) | |
| WILLIAM KENNEY ) | |

## OPPOSITION TO PROBATION'S REQUEST FOR A CURFEW

Mr. Kenney files this brief opposition to the United States Probation Office's request that he remain on a curfew while in treatment for substance use issues. As detailed in Mr. Kenney's motion to modify his conditions of release, Mr. Kenney is currently in drug treatment at the Answer House. *See* Docket Entry 18.

Counsel has spoken to Robert Hogan, senior counselor at Answer House, who does not believe electronic monitoring and a curfew are conducive to Mr. Kenney's drug treatment. Moreover, United States Probation states that "curfew by electronic monitoring is sufficient but not greater than necessary, to hold Mr. Kenney accountable for his whereabouts …" Docket Entry 20, p. 1. Respectfully, release on conditions pending a final supervised release hearing is not a question of whether one needs to be held accountable for their whereabouts. Rather, the question is whether the individual is a risk of flight or a danger to the community. Fed. R. Crim. Pro. 32.1(a)(6).

Here, the Court released Mr. Kenney on conditions August 17, 2022. Mr. Kenney has not only abided by those conditions, but he has enrolled in two separate drug treatment programs. He is currently a resident at a long-term drug treatment program. The senior counselor of that program would prefer that he not be on a bracelet or curfew. Finally, Mr. Hogan has agreed to notify Probation immediately should Mr. Kenney leave the program.

Accordingly, counsel requests that the Court deny Probation's request that Mr. Kenney remain on a bracelet and subject to a curfew.

Respectfully submitted,

WILLIAM KENNEY
By his Attorney,

*/s/ Stylianus Sinnis*
Stylianus Sinnis
   B.B.O.: 560148
Assistant Federal Public Defender
Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 12, 2022.

*/s/ Stylianus Sinnis*
Stylianus Sinnis