UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No: 1: 22-cr-10139-PBS |
| ) | |
| WILLIAM KENNEY, ) | |
| Defendant. ) | |

## ASSENTED-TO MOTION TO CONTINUE
## PRELIMINARY AND DETENTION HEARINGS

Now comes the defendant, William Kenney, by and through counsel, and requests that the preliminary and detention hearings presently scheduled for May 23, 2023 be continued, and that a new hearing date be set for May 26, 2023, if convenient for the court.

As grounds for this request, undersigned counsel submits that she requires additional time to prepare a release plan, to permit U.S. Probation to conduct a home visit (which it expects to do on May 25, 2023), and to prepare for the hearings. Counsel for the defendant has conferred with the government and with U.S. Probation and understands that both the government and Probation assent to a continuance of the hearing, as outlined herein.

> Respectfully submitted,
> WILLIAM KENNEY
> By His Attorney:
>
> */s/ Sandra Gant*
> Sandra Gant
> BBO #: 680122
> Federal Defender Office
> 51 Sleeper St., 5th Floor
> Boston, MA  02210
> Tel: 617-223-8061

DATED: May 22, 2023

CERTIFICATE OF SERVICE

      I hereby certify that this document filed under seal will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 22, 2023.

                                                      */s/ Sandra Gant*
                                                      Sandra Gant